MARJORIE HAUF, ESQ.
Nevada Bar No. 8111
CARA XIDIS, ESQ.
Nevada Bar No. 11743
GANZ & HAUF
1850 W. Tropicana Ave., Suite 1
Las Vegas, Nevada 89147
Tel:(702) 598-4529
Fax: (702) 598-3626
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORENE MCCALL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01058-JAD-GWF<br><br>**STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff to file her response to Defendant State Farm Mutual Automobile Insurance Company's Motion for Sanctions (ECF 46), from Wednesday January 24, 2018, to 2:00 p.m. on Friday January 26, 2018.

///

///

///

///

///

///

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay. Plaintiff's attorneys have fallen ill due to the flu and therefore are unavailable to file the opposition timely.

Dated this 23 day of January, 2018.          Dated this 23 day of January, 2018.

GANZ & HAUF                                   LEWIS BRISBOIS BISGAARD & SMITH, LLP

/s/ Marjorie Huaf                             /s/ Pamela McGaha
MARJORIE HAUF ESQ.                            PAMELA MCGAHA, ESQ.
Nevada Bar No. 8111                           Nevada Bar No. 8181
8950 W. Tropicana Ave. #1                     6385 S. Rainbow Blvd. # 600
Las Vegas, NV 89147                           Las Vegas, NV 89118
Attorney for Plaintiff                        Attorney for Defendant

    IT IS SO ORDERED.

    Dated this 24th day of January, 2018.

                                                                   UNITED STATES MAGISTRATE JUDGE

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2 of 2