ROBERT W. FREEMAN
Nevada Bar No. 03062
Email: Robert.Freeman@lewisbrisbois.com
PAMELA L. MCGAHA
Nevada Bar No. 08181
Email: Pamela.McGaha@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
Email: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LORENE MCCALL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10, inclusive, and ROE CORPORATIONS I through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-01058-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DUE DATES OF THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 69 |

Pursuant to Fed. R. Civ. Proc. 54 and LR IA 6-1, Defendant State Farm Mutual Automobile Insurance Company ("Defendant") and Plaintiff Lorene McCall ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to extend the Reply due dates in support of their Motions for Summary Judgment as follows:

WHEREAS, on January 12, 2018, Defendant filed its Motion for Summary Judgment (ECF No. 49);

WHEREAS, on January 16, 2018, Plaintiff filed her Motion for Partial Summary Judgment (ECF No. 51);

4833-0766-5501.1

WHEREAS, on February 2, 2018, Plaintiff filed her Response to Defendant's Motion for Summary Judgment (ECF No. 62);

WHEREAS, on February 6, 2018, Defendant filed its Response to Plaintiff's Motion for Partial Summary Judgment (ECF No. 64);

WHEREAS, due to the schedules of counsel and additional time needed to prepare the Parties' replies in support of their respective motions;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

The briefing schedule shall be amended as follows:

Defendant's Reply Brief in Support of Its Motion for Summary Judgment: February 27, 2018; and,

Plaintiff's Reply Brief in Support of Her Motion for Partial Summary Judgment: February 27, 2018.

| | |
|---|---|
| DATED this 13th day of February, 2018. | DATED this 13th day of February, 2018. |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | GANZ & HAUF |
| /s/ Pamela L. McGahah | /s/ Marjorie Hauf |
| Robert W. Freeman, Jr., Esq.<br>Nevada Bar No. 3062<br>Pamela L. McGaha, Esq.<br>Nevada Bar No. 8181<br>Cheryl A. Grames, Esq.<br>Nevada Bar No. 12752<br>6385 S. Rainbow Blvd, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant* | Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>8950 W. Tropicana Avenue<br>Suite 1<br>Las Vegas, Nevada 89147<br>*Attorneys for Plaintiff* |

### ORDER

IT IS SO ORDERED.

Dated February 14, 2018

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE